FILED

MAY 21 2019

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

WILLIAM JONATHAN TURNER,

Defendant.

Criminal No. 3:19-CR-36

Violations: 18 U.S.C. § 922(g)(3)
18 U.S.C. § 924(a)(2)

CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
7/23/19
JULIA C. DUDLEY, CLERK
BY:   s/ K. DOTSON
       DEPUTY CLERK

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Unlawful Possession of Firearms)

On or about March 30, 2018, in Hampshire County, in the Northern District of West Virginia, defendant **WILLIAM JONATHAN TURNER**, who is an unlawful user of and addicted to a controlled substance, that is, methamphetamine, possessed firearms, that is, a Sturm Ruger semi-automatic pistol, model SR1911, .45 ACP caliber, bearing serial number 672-95300; a Heckler & Koch semi-automatic pistol, model VP40 Tactical, .40 Smith & Wesson caliber, bearing serial number 222-02524; a Glock semi-automatic pistol, model 19, 9mm luger caliber, bearing serial number 17US2171; and a DPMS semi-automatic rifle, model A-15, 5.56 NATO caliber, bearing serial number FFH157766; and did so knowingly, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g) and 924(a)(2), including a Sturm Ruger semi-automatic pistol, model SR1911, .45 ACP caliber, bearing serial number 672-95300; a Heckler & Koch semi-automatic pistol, model VP40 Tactical, .40 Smith & Wesson caliber, bearing serial number 222-02524; a Glock semi-automatic pistol, model 19, 9mm luger caliber, bearing serial number 17US2171; and a DPMS semi-automatic rifle, model A-15, 5.56 NATO caliber, bearing serial number FFH157766 seized on March 30, 2018.

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney

unsealed 7/23/19

AO 442 (Rev 11/11) Arrest Warrant

10879740
1987-0521-0790-1

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19CR36 |
| WILLIAM JONATHAN TURNER | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

2019 MAY 21 PM 3: 41

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     WILLIAM JONATHAN TURNER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Unlawful possession of firearm by drug user

Date:     05/21/2019

*Issuing officer's signature*

City and state:     Martinsburg, WV

Robert W. Trumble, United States Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*